AREBA SCHOOL CORPORATION v.
MAYOR AND COUNCIL OF THE TWP. OF RANDOLPH.

November 9, 1977. Petition for certification denied. (See 151 *N. J. Super.* 336)

IN THE MATTER OF JOHN GUSLAVAGE, POLICE OFFICER
OF THE CITY OF ELIZABETH, NEW JERSEY.

November 9, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS A. MATUSAS.

November 9, 1977. Petition for certification denied.

STATE OF NEW JERSEY v.
KAMEL ATA AND ROBERT C. FARMER.

November 9, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED BOND.

November 9, 1977. Petition for certification denied.